IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOE CAMERIERI | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO: 3:09-cv-00280 |
| | § | |
| EXPRESS INDUSTRIES CORPORATION | § | |
| PROFIT SHARING PLAN | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S AMENDED REQUEST FOR ATTORNEYS' FEES

TO THE HONORABLE JUDGE KENNETH HOYT:

COMES NOW, Express Industries Corporation Profit Sharing Plan ("Defendant" or "the Plan"), and files the attached, Exhibit A, Affidavit of reasonable and necessary attorneys' fees pursuant to 29 U.S.C. §1332(g) and the Court's Memorandum and Order on Defendant's Motion for Summary Judgment dated September 16, 2010. Therefore, Defendant respectfully requests this Honorable Court grant Defendant's Request for Attorneys' Fees and grant Defendant reasonable and necessary attorneys' fees in the amount of $29,602.55 and appellate fees as provided for in Exhibit A, and for such other and further relief, special or general, at law or in equity, to which it may show itself justly entitled to receive.

Respectfully submitted,

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.

By: *W/Jw/W*
W. Jackson Wisdom
State Bar No. 21804025
Federal I.D. No. 13756
808 Travis, Suite 1800

i

Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101

**ATTORNEY IN CHARGE FOR DEFENDANT, EXPRESS INDUSTRIES CORPORATION PROFIT SHARING PLAN**

**OF COUNSEL:**

Ms. Diana Pérez Gomez
State Bar No. 24041674
Federal I.D. No. 13945
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has been served by electronic mail via CM/ECF on this the 5th day of October, 2010, to counsel of record in this matter, specifically:

Mr. Blair B. Brininger
BRININGER LTD.
1400 Broadfield, Suite 200
Houston, Texas 77084

_____
W. Jackson Wisdom