UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JOE CAMERIERI, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. G-09-280 |
| | § | |
| EXPRESS INDUSTRIES CORPORATION | § | |
| PROFIT SHARING PLAN; ca EXPRESS | § | |
| INDUSTRIES CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Court has considered defendant's amended request for attorney's fees, and the response thereto. The motion is denied.

SIGNED at Houston, Texas this 21st day of October, 2010.

_____
Kenneth M. Hoyt
United States District Judge